| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| (Rev. 2/88) | | 2:10CR00284 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Stacey Lynn Thompson | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Roger L. Hunt | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/1/2011 | TO 11/30/2016 |

OFFENSE
Conspiracy to Commit Bank Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF       Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 27, 2015
*Date*

*/s/ Roger L. Hunt*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Southern    DISTRICT OF    Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                   *United States District Judge*